**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s)  Tiina K. Villareal                              Case No.  19-05045      Chapter  13

All Cases:  Moving Creditor  AMERIHOME MORTGAGE COMPANY, LLC            Date Case Filed  2/27/19

Nature of Relief Sought:  ■ Lift Stay    ☐ Annul Stay    ■ Other (describe)  Dismissal and Co-Debtor Stay

Chapter 13:    Date of Confirmation Hearing _____    or Date Plan Confirmed  05/21/2019

Chapter 7:     ☐ No-Asset Report Filed on _____
               ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 10/11/2019    $145,685.89
   Total of all other Liens against Collateral    $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $224,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months  14    Amount  $22,467.26

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months  3    Amount  $4,524.42

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount  $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:  October 29, 2019                                    /s/ Grant Simmons
(Rev. 12/21/09)                                            Counsel for Movant